FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 14  P 4:47

LORETTA G. WHYTE



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAE ETTA MCDONALD, CATHERINE NICHOLSON, KENNETH RICHARDSON, TROY SALSBERRY, IRENE SCHWARTZ, CHARLENE WHITTAKER, CAROL AINEY, RANDY BLACK, TIFFANY DRUMMER, JOEL DRUMMER AND NATASHA JAMES<br><br>VERSUS<br><br>COSCO (H.K.) SHIPPING COMPANY, LTD., CLEARSKY SHIPPING CORP. AND THE WEST OF ENGLAND SHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION (LUXEMBOURG) | CIVIL ACTION<br><br>NO. 00-392<br><br>SECTION "F"<br><br>MAGISTRATE (3) |

## MOTION TO TRANSFER

NOW INTO COURT, through undersigned counsel, comes the Board of Commissioners of the Port of New Orleans, which informs the Court that the subject matter of the captioned suit is related to that asserted in "In Re: Clearsky Shipping Corp., as owner of the M/V BRIGHT FIELD, for exoneration from or limitation of liability, etc., et al, and consolidated cases," Civil Action No. 96-4099, Section "G", Chief Judge Morey L. Sear, Magistrate Division No. 1, Magistrate Judge

APR 2 0 20

**TRANSFERRED TO SECT.G**

DATE OF ENTRY
APR 1 8 2000



Lemelle, and moves that this matter be transferred to Section "G" for further handling in connection with said consolidated cases.

Respectfully submitted,

_____
EDWARD F. LeBRETON, III, T.A. (#8215)
WINSTON RICE (#11218)
MARY KERRIGAN DENNARD (#18285)
RICE, FOWLER
201 St. Charles Avenue
Place St. Charles, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600

and

JOSEPH M. ORLESH, JR. (#10236)
GERALD O. GUSSONI, JR. (#1392)
JOSEPH W. FRITZ, JR. (#5755)
THE BOARD OF COMMISSIONERS
OF THE PORT OF NEW ORLEANS
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana 70160
Telephone: (504) 528-3379

ATTORNEYS FOR THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAE ETTA MCDONALD, CATHERINE NICHOLSON, KENNETH RICHARDSON, TROY SALSBERRY, IRENE SCHWARTZ, CHARLENE WHITTAKER, CAROL AINEY, RANDY BLACK, TIFFANY DRUMMER, JOEL DRUMMER AND NATASHA JAMES | * * * * * * * | CIVIL ACTION<br><br>NO. 00-392<br><br>SECTION "F"<br><br>MAGISTRATE (3) |
| VERSUS | * * | |
| COSCO (H.K.) SHIPPING COMPANY, LTD., CLEARSKY SHIPPING CORP. AND THE WEST OF ENGLAND SHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION (LUXEMBOURG) | * * * * * * | |

* * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion to Transfer, this Court having been advised that the subject matter of the above captioned civil action appears to be related to that asserted in "In Re: Clearsky Shipping Corp., as owner of the M/V BRIGHT FIELD, for exoneration from or limitation of liability, etc., et al, and consolidated cases, bearing Civil Action No. 96-4099, Section "G", Chief Judge Morey L. Sear, Magistrate Division No. 1, Magistrate Judge Lemelle,

IT IS ORDERED that the above captioned matter be transferred to Section "G", Magistrate Division No. 3 of this Court.

New Orleans, Louisiana this 17th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

2