

MINUTE ENTRY
SEAR, JUDGE
APRIL 19, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAE ETTA MCDONALD                          CIVIL ACTION

VERSUS                                     NO. 00-392

COSCO HK SHIPPING CO. ET AL                SECTION "G" (3)

O R D E R

IT IS ORDERED, that the plaintiffs' motion to remand is stayed pending such time as the Court deems it necessary to rule on it.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 2 0 2000