

MINUTE ENTRY
SEAR, JUDGE
April 19, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAE ETTA MCDONALD                          CIVIL ACTION

VERSUS                                     NO. 00-392

COSCO H K SHIPPING CO.                     SECTION "G"(3)

O R D E R

By prior orders of the Court, all actions arising out of the December 14, 1996 allision of the M/V Bright Field with the New Orleans Riverfront were stayed pending resolution of the limitation of liability proceeding, In Re: Clearsky Shipping Corp., Civil Action No. 96-4099; accordingly;

IT IS ORDERED that the Clerk of Court mark the above action closed for statistical purposes, and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that these cases shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final

DATE OF ENTRY
APR 2 0 2000



disposition; this order shall not prejudice the rights of the parties to this litigation.

                                                  MOREY L. SEAR
                                    UNITED STATES DISTRICT JUDGE